UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PHILIP E. GAUCHER, JR. et al., Plaintiffs, | | 26-CV-6889 (JMF) |
| -v- | | ORDER |
| DIGITAL BRANDS GROUP, INC., Defendant. | | |

JESSE M. FURMAN, United States District Judge:

Upon review of the parties' papers, the Court is inclined to believe that Plaintiffs' motion for a preliminary injunction can be decided without an evidentiary hearing. Accordingly, the evidentiary hearing scheduled for November 10, 2026, and the pre-hearing conference scheduled for November 5, 2026, are CANCELED, and the pre-hearing filing deadlines are vacated. Instead, the parties shall appear for oral argument on **October 13, 2026**, at **10:30 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY.

SO ORDERED.

Dated: September 25, 2026
New York, New York

JESSE M. FURMAN
United States District Judge