UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP E. GAUCHER, JR., et al.,

Plaintiffs,

-v-

DIGITAL BRANDS GROUP, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6889 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 11, 2026, the Court entered an Order that scheduled two potential settlement conferences: (1) September 29, 2026 at 10:00 a.m. ET in person, in Courtroom 18A, 500 Pearl Street, New York, New York (the "Sept. 29 SC"); or (2) October 28, 2026 at 2:00 p.m. ET in person, in Courtroom 18A, 500 Pearl Street, New York, New York (the "Oct. 28 SC", together with the Sept. 29 SC, the "Conferences")). (Dkt. No. 34). The parties indicated that the date on which to proceed depended on whether the Honorable Jesse M. Furman would proceed with a hearing on November 10, 2026 (the "Hearing") on Plaintiff's motion for a preliminary injunction. (See Dkt. Nos. 10–17; 23; 34; 39). On September 25, 2026, Judge Furman determined that the Hearing was unnecessary. (Dkt. No. 41 (the "Sept. 25 Order)).

Accordingly, given the Sept. 25 Order, the **Sept. 29 SC will proceed** and the Oct. 28 SC is **CANCELLED**. (Dkt. No. 34). The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (Dkt. No. 34 at 5–7), remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **September 28, 2026 at**

**1:00 p.m. ET**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 8).

Dated: New York, New York
September 25, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**