# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STOUNTAS@KASOWITZ.COM

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

September 25, 2026

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re: Philip Gaucher et al. v. Digital Brands Group, Inc. (26-cv-6889)

Dear Judge Cave,

We represent Digital Brands Group, Inc. in the above-referenced action. We write jointly with Plaintiffs in accordance with the Court's September 24, 2026 Order (Dkt. 40). In light of Judge Furman's Order this morning (Dkt. 41), the parties have agreed that they would prefer to proceed with the settlement conference on September 29, 2026 at 10 a.m.

Respectfully submitted,

Stephen W. Tountas

cc: All counsel of record (via ECF)