UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP E. GAUCHER, JR., et al.,

Plaintiffs,

-v-

DIGITAL BRANDS GROUP, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6889 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 29, 2026, the Court held a settlement conference (the "Conference"). (See Dkt. Nos. 34; 42). Pursuant to the discussion during the Conference, another telephone conference regarding settlement, with counsel only, is scheduled for **October 1, 2026 at 10:00 a.m. ET** on the Court's conference line. Counsel are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**