UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP E. GAUCHER, JR. et al,

Plaintiffs,

-v-

DIGITAL BRANDS GROUP INC.,

Defendant.

26-CV-6889 (JMF)

---

DAVID JOSHUA BARTCH,

Plaintiff,

-v-

DIGITAL BRANDS GROUP INC.,

Defendant.

26-CV-8734 (JMF)

ORDER

---

JESSE M. FURMAN, United States District Judge:

On August 12, 2026, Plaintiffs Philip E. Gaucher, Jr. and Joey Giamichael filed a Complaint against Defendant Digital Brands Group, Inc. *See* 26-CV-6889, ECF Nos. 1, 6. On October 2, 2026, Plaintiff David Joshua Bartch filed a similar Complaint against Defendant Digital Brands Group, Inc. *See* 26-CV-8734, ECF No. 1. As of this Order, no motion for consolidation has been filed, but 26-CV-8734 has been accepted by the Court as related to 26-CV-6889, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Assuming no party objects to consolidation, all parties should confer and, no later than **tomorrow, October 8, 2026**, submit the joint letter and proposed Case

Management Plan required by 26-CV-6889, ECF No. 9, in advance of the initial pretrial conference and oral argument to be held on **October 13, 2026**, at **10:30 a.m.** in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. *See* 26-CV-6889, ECF No. 41. If any party objects to consolidation, that party shall file a letter brief, not to exceed three single-spaced pages, by **October 9, 2026.**

Whether any party objects to consolidation, **all parties shall appear at the October 13, 2026 conference and be prepared to discuss consolidation and, as appropriate, discovery.**

SO ORDERED.

Dated: October 7, 2026
New York, New York

JESSE M. FURMAN
United States District Judge