# EXHIBIT 1

Docusign Envelope ID: E6A862C9-4A36-81CB-81D1-3EEDB697D508

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PHILIP E. GAUCHER, JR. and JOEY GIAMICHAEL**, Plaintiffs, v. **DIGITAL BRANDS GROUP, INC.,** Defendant. | **Case No. 26-cv-6889 (JMF)** |

**DECLARATION OF JOHN HILBURN DAVIS, IV**

I, JOHN HILBURN DAVIS, IV, declare as follows:

1. I am the CEO of Defendant. I am over the age of eighteen. I am fully familiar with the facts and circumstances set forth herein. I submit this declaration to provide additional information related to supplemental exhibits filed by Plaintiffs on October 7, 2026 (Dkt. 57).

2. The stock price of Digital Brands Group, Inc. ("DBGI") has remained stable since the commencement of this action with normal trading activity.

3. We have an active $75+ million ATM, and a $20 million Shelf Registration on file with the SEC, which we can use to raise capital on an as needed basis. We have raised as little as a few thousand a day to over $1 million a day from the ATM, with an average of $250,000 to $300,000 a week. I believe based on the conversations both this morning and over the last several months with the head of our investment bank that we could raise $3 million to $7 million from the Shelf in a week depending on how aggressive a discount to that day's closing share price that we provided to the investors. Finally, we could also file a $5+ million S-1 as a follow-on offering if we wanted.

Docusign Envelope ID: E6A862C9-4A36-81CB-81D1-3EEDB697D508

4. The first payment from a favorable governmental contract (previously publicly disclosed as a $165 million contract) will be due in mid-to-late November ($3.2 million in cash).

5. All suggestions in Dkt. 57 that we are going out of business are false. To the contrary, our business is growing and recovering from what we now believe was previously a manipulated market. We are finalizing a partnership with two of the largest mass media companies in the country, one of which has hundreds of millions of monthly listeners in the United States and over tens of millions registered users for their app, which has hundreds of millions of downloads. The other partnership is with a major television network to create a live segment with one of their main on-air talents, who is also one of our main brand ambassadors. This segment would include featuring influencer interviews and designing and wearing custom designed co-branded merchandise.

6. DBGI presently has licensing agreements with twenty-six (26) universities to make and sell various types of clothing, services and other items of interest containing the universities' logos and artwork. And DBGI is in discussions with an additional five universities for the last remaining four spots until Spring 2027.

7. On September 29, 2026, I received a notice of default from Dmitriy Shapiro of Shawake Capital LLC.

8. On October 6, 2026, I spoke with Mr. Shapiro over the phone. We were able to reach an agreement on the majority of contested issues. The only remaining dispute related to permissions for a third party to share information.

9. After resolving the remaining outstanding issues, on Friday, October 9, 2026, Mr. Shapiro and I reached an agreement on behalf of DBGI and Shawake Capital LLC and Mr. Shapiro instructed me to consider his default notice rescinded.

Docusign Envelope ID: E6A862C9-4A36-81CB-81D1-3EEDB697D508

I declare this 9th day of October 2026 under penalty of perjury that the foregoing is true and correct.

Dated: State College, PA
October 9, 2026

Signed by:
John Hilburn Davis IV
9FCADF80CC7F47D...
JOHN HILBURN DAVIS, IV