# EXHIBIT 1

**From:** Stephen W. Tountas
**Sent:** Wednesday, October 14, 2026 1:53 PM
**To:** Barry Bordetsky
**Cc:** Christopher Goetz; James Wes Christian
**Subject:** Re: Order

The process doesn't work by a discussion among counsel to work out what I'm sure is something that we can work out? That's news to me. Especially since you called me about 15 minutes ago -- why would you be calling me if that's not how the process works, which we are proceeding to accomplish in good faith. Your screenshot is attached. Guide yourself accordingly.




Sent from my iPhone

> On Oct 14, 2026, at 1:41 PM, Barry Bordetsky <barry@bordetskylaw.com> wrote:
>
> No need for a call. That's not how this process works.
>
> On Wed, Oct 14, 2026 at 1:39 PM Stephen W. Tountas <STountas@kasowitz.com> wrote:
>
> > The record and transcript speak for themselves -- why are you trying to rewrite it instead of just referring to the record? I'll call you back in a few.
> >
> > Sent from my iPhone

On Oct 14, 2026, at 1:35 PM, Barry Bordetsky <barry@bordetskylaw.com> wrote:

Nice to meet you as well.

Your recitations of what took place is inaccurate. As to you first point, the only aspect I withdrew was the one hour time period.

Any document the court receives is included in the recitations. That is a matter of course.

Why have you not provided me a redline? This appears to me to be a bad faith delay in getting the order into the court, and frankly, find it more than coincidental that your client, in continued contempt of this court's order from the bench, refuses (in writing nonetheless) to honor the conversion notices.

I'm done with this process from your client's end. If you have a redline send it immediately or you can send in a competing order.

Stephen W. Tountas
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel. (212) 506-1739
Fax. (212) 500-3550
STountas@kasowitz.com

On Wed, Oct 14, 2026 at 1:21 PM Christopher Goetz <CGoetz@kasowitz.com> wrote:

Barry,

It was nice to see you yesterday. Further to your discussion with Steve, we believe the proposed order is inconsistent with the Court's ruling for the following reasons:

1. The draft includes relief beyond the scope of the SPA, COB, and Transaction Documents (as defined in the SPA). Judge Furman did not modify the SPA, COB, or Transaction Documents, which remain binding. Please notify us if you believe otherwise. Indeed, when asked by the Court what your basis was to seek certain injunctive relief that went

beyond the relevant contracts, you conceded that you had to withdraw those requests.

2. The Court did not purport to rely on all of the documents and submissions, especially the press release handed to it in open court which was not previously filed and was provided counsel the day prior to the hearing. It is not necessary to itemize what the Court did or didn't rely upon given that the Court did not specify such on the record.

We are happy to talk through these issues and we have no doubt this will be filed today as per the Court's mandate.

Regards,

Chris

Christopher Goetz
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel. (212) 506-1982
Fax. (212) 500-3588
CGoetz@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

---

**From:** Barry Bordetsky <barry@bordetskylaw.com>
**Sent:** Wednesday, October 14, 2026 11:51 AM
**To:** Stephen W. Tountas <STountas@kasowitz.com>; James Wes Christian <jchristian@christianattarlaw.com>; Christopher Goetz <CGoetz@kasowitz.com>
**Subject:** Re: Order

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

---

I will be filing the order at 12:30 unless I receive any comments prior to that time.

I presume you have informed your client that the Court's order from the bench governs his actions and the notices sent last night will be effectuated without delay.

On Tue, Oct 13, 2026 at 3:36 PM Barry Bordetsky <barry@bordetskylaw.com> wrote:

> Gentlemen:
>
> Please find attached the proposed order requested by the Court today. As the Court indicated this should be filed today. Kindly let me know if you have any objections or proposed revisions. If you have any objections or proposed revisions, please forward a redline in Word.
>
> Barry
>
> --
>
> Barry M. Bordetsky
> The Law Offices of Barry M. Bordetsky
>
> 570 Lexington Avenue, 24th Floor
> New York, New York 10022
> Tel: (212) 688-0008
>
> 1719 NJ-10

Suite 300 - West Wing

Parsippany-Troy Hills, New Jersey 07054
Tel: (973) 998-6596
Fax: (973) 937-7850

barry@bordetskylaw.com
www.barrybordetskylaw.com

Of Counsel, Littman Krooks LLP

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

--

Barry M. Bordetsky
The Law Offices of Barry M. Bordetsky

570 Lexington Avenue, 24th Floor
New York, New York 10022
Tel: (212) 688-0008

1719 NJ-10

Suite 300 - West Wing

Parsippany-Troy Hills, New Jersey 07054
Tel: (973) 998-6596
Fax: (973) 937-7850

barry@bordetskylaw.com
www.barrybordetskylaw.com

Of Counsel, Littman Krooks LLP

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

--

Barry M. Bordetsky
The Law Offices of Barry M. Bordetsky

570 Lexington Avenue, 24th Floor
New York, New York 10022
Tel: (212) 688-0008

1719 NJ-10
Suite 300 - West Wing
Parsippany-Troy Hills, New Jersey 07054
Tel: (973) 998-6596
Fax: (973) 937-7850

barry@bordetskylaw.com
www.barrybordetskylaw.com

Of Counsel, Littman Krooks LLP

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

--

Barry M. Bordetsky
The Law Offices of Barry M. Bordetsky

570 Lexington Avenue, 24th Floor
New York, New York 10022
Tel: (212) 688-0008

1719 NJ-10
Suite 300 - West Wing
Parsippany-Troy Hills, New Jersey 07054
Tel: (973) 998-6596
Fax: (973) 937-7850

barry@bordetskylaw.com
www.barrybordetskylaw.com

Of Counsel, Littman Krooks LLP

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.