# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PHILIP E. GAUCHER, JR. and JOEY GIAMICHAEL,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DIGITAL BRANDS GROUP INC.,**<br><br>**Defendant.** | **Case No.: 26-cv-6889 (JMF)**<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

**JESSE M. FURMAN**

On October 13, 2026, the Court held oral argument on a motion filed by plaintiffs Philip E. Gaucher and Joey Giamichael (collectively "Plaintiffs") for a preliminary injunction and preliminary declarative relief pursuant to Federal Rule of Civil Procedure 65 and 28 U.S.C. § 2201 (the "Preliminary Injunction Motion").

For the reasons stated on the record during the October 13, 2026 hearing, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for a Preliminary Injunction is **GRANTED** as follows:
2. Defendant is hereby **ENJOINED** during the pendency of this lawsuit from withholding performance of its obligations to honor and approve conversion notices to convert Plaintiffs' Series D Shares in accordance with the August 8, 2025, Securities Purchase Agreement, as amended on September 18, 2025 (collectively the "SPA"), the Certificate of Designation ("COD") and the "Transaction Documents" as defined in the SPA (Dkt. 13-2 at 6), unless it first complies with the terms of Section 4.1(e) of the SPA.

3. Plaintiffs shall not be required to post a bond.

Dated: October ____, 2026
New York, New York

SO ORDERED:

______________________________
HON. JESSE M. FURMAN
UNITED STATES DISTRICT COURT JUDGE