**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PHILIP E. GAUCHER, JR. and JOEY GIAMICHAEL,**

**Plaintiffs,**

**v.**

**DIGITAL BRANDS GROUP INC.,**

**Defendant.**

**Case No.: 26-cv-6889 (JMF)**

**~~[PROPOSED]~~ ORDER GRANTING PRELIMINARY INJUNCTION**

**JESSE M. FURMAN**

On October 13, 2026, the Court held oral argument on a motion filed by plaintiffs Philip E. Gaucher and Joey Giamichael (collectively "Plaintiffs") for a preliminary injunction and preliminary declarative relief pursuant to Federal Rule of Civil Procedure 65 and 28 U.S.C. § 2201 (the "Preliminary Injunction Motion").

For the reasons stated on the record during the October 13, 2026 hearing, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for a Preliminary Injunction is **GRANTED** as follows:
2. Defendant ~~is~~ and those referenced in Paragraph 4 below are hereby **ENJOINED** during the pendency of this lawsuit from withholding performance of its obligations to honor and approve conversion notices to convert Plaintiffs' Series D Shares in accordance with the August 8, 2025, Securities Purchase Agreement, as amended on September 18, 2025 (collectively the "SPA"), the Certificate of Designation ("COD") and the "Transaction Documents" as defined in the SPA (Dkt. 13-2 at 6), unless it first complies with the terms of Section 4.1(e) of the SPA.

3. Plaintiffs shall not be required to post a bond.

4. This Order applies to Defendant, as well as Defendant's officers, agents, servants, employees, and attorneys; and others who are in active concert or participation with anyone described in Rule 65(d)(2)(A) or (B).

Dated: October 15, 2026
New York, New York

SO ORDERED:

HON. JESSE M. FURMAN
UNITED STATES DISTRICT COURT JUDGE