UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP E. GAUCHER, JR., et al.,

Plaintiffs,

-v-

DIGITAL BRANDS GROUP, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6889 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 29, 2026, the Court held a settlement conference with the parties, which did not result in a settlement. (Dkt. Nos. 34; 42 minute entry dated September 29, 2026; see Dkt. No. 47). On October 13, 2026, the Honorable Jesse M. Furman heard arguments on Plaintiffs' motion for preliminary injunction (the "Motion"). (Dkt. Nos. 41; 55; 70; minute entry dated October 13, 2026). On October 15, 2026, Judge Furman granted the Motion. (Dkt. No. 70 (the "Oct. 15 Order")).

In light of the Oct. 15 Order, a Telephone Conference to schedule another Settlement Conference is scheduled for **November 6, 2026, at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated: New York, New York
October 16, 2026

SO ORDERED.

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**