# EXHIBIT 1

Your trip confirmation and receipt

Confirmation code: **KCZBAL**

**Tuesday, September 22, 2026**

**AUS**
Austin
**5:49 PM**

**AA 1146**

**DFW**
Dallas/Fort Worth
**7:04 PM**

Seat: **2A**
Class: **Business (J)**
Meals:

**DFW**
Dallas/Fort Worth
**9:30 PM**

**AA 80**

**LHR**

Seat: **9A**

London Heathrow

**12:50 PM**

Class: **Business (J)**

Meals: **Dinner , Breakfast**

⚠ Flight arrives Wednesday, September 23, 2026

## Tuesday, September 29, 2026

**LHR**

London Heathrow

**2:45 PM**

**AA 91**

**ORD**

Chicago O'Hare

**5:35 PM**

Seat: **4L**

Class: **Business (J)**

Meals: **Lunch , Snack**

---

**ORD**

Chicago O'Hare

**8:58 PM**

**AA 935**

**AUS**

Austin

**11:45 PM**

Seat: **2A**

Class: **Business (J)**

Meals: **Dinner**

**Manage your trip**

Limited time: Earn up to 100,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you.
Terms apply.

Learn more




## Your purchase

**Elizabeth Austin - AAdvantage® #: 5M8****

New ticket (0012319588092)

[0.0 + Taxes & carrier-imposed fees $426.73]

| | |
|---|---|
| **Total cost** | **$426.73** |

## Your payment