UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PHILIP E. GAUCHER, JR. and JOEY GIAMICHAEL,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DIGITAL BRANDS GROUP INC.,**<br><br>**Defendant.** | **Case No.: 26-cv-6889 (JMF)(SLC)**<br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR SECURITY FOR COSTS AND ATTORNEYS' FEES UNDER LOCAL CIVIL RULE 54.2** |

Upon the Declaration of Barry M. Bordetsky, dated October 19, 2026, and the exhibits annexed thereto and the accompanying Memorandum of Law, and good and sufficient reasons having been shown why a procedure other than by notice of motion is necessary, it is hereby

**ORDERED** that Defendant and Counterclaim-Plaintiff Digital Brands Group, Inc. ("DBGI") show cause before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on ________________, 2026, at ______ __.m., or as soon thereafter as counsel may be heard, why an order should not be entered, pursuant to Local Civil Rule 54.2 and the Court's inherent authority:

(a) requiring DBGI to post, within seven (7) days of the entry of such order, a bond or other security satisfactory to the Court in the amount of $550,000, or such other amount as the Court deems appropriate, as security for the costs and attorneys' fees Plaintiffs Philip E. Gaucher, Jr. and Joey Giamichael ("Plaintiffs") may recover in this action, including under Sections 4.8 and 5.9 of the parties' Securities Purchase Agreement dated August 8, 2025;

(b) directing that, should DBGI fail to post such security within the time set by the Court, DBGI's Answer, Affirmative Defenses, and Counterclaims (Dkt. 61) be stricken; and

(c) granting Plaintiffs such other and further relief as the Court deems just and proper; and it is further

**ORDERED** that service of a copy of this Order, together with the papers upon which it is granted, upon counsel of record for DBGI by the Court's CM/ECF system on or before _________________, 2026, shall be deemed good and sufficient service; and it is further

**ORDERED** that DBGI's opposition papers, if any, shall be filed via CM/ECF on or before _________________, 2026; and it is further

**ORDERED** that Plaintiffs' reply papers, if any, shall be filed via CM/ECF on or before _________________, 2026.

**SO ORDERED.**

Dated: New York, New York
_____________, 2026

________________________________
**JESSE M. FURMAN**
United States District Judge