# LAW OFFICES OF BARRY M. BORDETSKY

**570 Lexington Avenue, 24th Floor**
**New York, NY 10022**
**Tel.: (212) 688-0008**

**1719 NJ-10, West Wing, Ste. 300**
**Parsippany Troy Hills, NJ 07054**
**Tel.: (973) 998-6596**
**Fax: (973) 937-7850**
***Please respond to NJ address**

**EMAIL: barry@bordetskylaw.com**

**Admitted in NY/NJ**

***Of Counsel, Littman Krooks LLP**

October 21, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
For the Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re: Philip Gaucher et al. v. Digital Brands Group, Inc. (26-cv-6889)

Dear Judge Furman:

This firm represents plaintiffs Philip E. Gaucher, Jr. and Joey Giamichael (collectively "Plaintiffs").

Moments ago, the Court issued an order (Dkt. No. 85) requiring the ***parties*** to appear before the Court tomorrow at 3:00 p.m. I am writing in an abundance of caution to confirm whether the Court requires just counsel, or counsel with the parties to the litigation, Messrs. Gaucher, Giamichael and Davis, to appear tomorrow.

Thank you for your consideration of this issue.

Respectfully submitted,

**Law Offices of Barry M. Bordetsky**

By: ____________________
Barry M. Bordetsky

c: Counsel for Defendant (by ECF)

The parties themselves need not appear. Only *counsel* for the parties must appear.

SO ORDERED.

October 21, 2026