UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

PHILIP E. GAUCHER, JR. et al.,

Plaintiffs,

-v-

DIGITAL BRANDS GROUP, INC.,

Defendant.

---------------------------------------------------------------------X

26-CV-6889 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendant's opposition to Plaintiffs' bond motion is due by **November 2, 2026**. Plaintiffs' reply is due by **November 9, 2026**.

- Defendant's opposition to Plaintiffs' contempt motion is due by **October 29, 2026**, Plaintiffs' reply is due by **November 3, 2026** (even though the Court will be closed for Election Day)

.

SO ORDERED.

Dated: October 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge