# LAW OFFICES OF BARRY M. BORDETSKY

**570 Lexington Avenue, 24th Floor**
**New York, NY 10022**
**Tel.: (212) 688-0008**

**1719 NJ-10, West Wing, Ste. 300**
**Parsippany Troy Hills, NJ 07054**
**Tel.: (973) 998-6596**
**Fax: (973) 937-7850**
***Please respond to NJ address**

**EMAIL: barry@bordetskylaw.com**

**Admitted in NY/NJ**

***Of Counsel, Littman Krooks LLP**


October 22, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
For the Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re: Philip Gaucher et al. v. Digital Brands Group, Inc. (26-cv-6889)

Dear Judge Furman:

This office represents plaintiffs Philip Gaucher and Joey Giamichael ("Plaintiffs") in the above-referenced case. By this letter motion, Plaintiffs respectfully request an extension of time from November 3 to November 4, 2026, to submit their reply to the contempt motion.

This is the first such request for this extension. Counsel for defendant, Stephen Tountas, graciously consented to the extension outside of the courthouse. The extension shall have no effect on any other date in the schedule. Upon leaving the Court and turning on my phone, I realized I am out of the office on October 30, 2006, and further that I have family from out of state arriving on Saturday and departing on Sunday. For these reasons I am requesting the one-day extension.

The next scheduled appearance is a February 11, 2027, conference call, scheduled for 4:00 p.m. The following are dates set forth in the recently issued scheduling order as well as today's order (Dkt. 88): Initial disclosures to be completed no later than October 27, 2026; Defendant's opposition to Plaintiff's bond motion is due November 2, 2026; Requests for production of documents shall be served by November 3, 2026; Plaintiffs' reply in further support of their motion for a bond is due November 9, 2026; Date to amend/join or move to amend/join shall be filed no later than November 12, 2026; Interrogatories shall be served by November 12, 2026; Responses to all discovery shall be in accordance with the applicable federal rules; Privilege logs shall be produced no later than December 3, 2026; All fact discovery shall be completed no later than February 10, 2027; and all expert discovery shall be completed no later than March 26, 2027. We note for completeness that defendant shall file an opposition to the *Bartch* motion for a preliminary injunction by October 27, 2026 and any reply shall be filed by November 6, 2026.

I thank the Court for its consideration of this request.

Respectfully submitted,

**Law Offices of Barry M. Bordetsky**

By: ____________________
Barry M. Bordetsky

c: Stephen W. Tountas (via ECF)