**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP E. GAUCHER, JR. and JOEY GIAMICHAEL,<br><br>Plaintiffs,<br><br>– against –<br><br>DIGITAL BRANDS GROUP, INC.,<br><br>Defendant. | Case No. 26-cv-6889 (JMF)(SLC)<br><br>**DECLARATION OF PHILIP E. GAUCHER, JR. IN FURTHER SUPPORT OF ORDER TO SHOW CAUSE FOR CIVIL CONTEMPT** |

PHILIP E. GAUCHER, JR. declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a plaintiff in this action. I submit this declaration in further support of Plaintiffs' motion to hold Defendant Digital Brands Group, Inc. ("DBGI") and its Chief Executive Officer, John Hilburn "Hil" Davis IV (DBGI and Davis are collectively referred to as "Contemnors"), in civil contempt of the Court's October 15, 2026 Order Granting Preliminary Injunction (Dkt. 70) (the "Order"). I have personal knowledge of the facts set forth below and the documents attached hereto are from my files.

**CONTEMNORS CONTINUED VIOLATION OF THE ORDER**

2. On November 2, 2026, I emailed Davis as well as ClearTrust, LLC ("CT") (the transfer agent) a Conversion Notice to convert 26 Series D shares together with a Rule 144 Seller's Representation Letter. Annexed hereto as Exhibit 1 is a true copy the email, Conversion Notice and Seller's Representation Letter (PII has been redacted).

3. Pursuant to the Section 5(c)(i) of the Certificate of Designation and Section 4.1(d) of the Securities Purchase Agreement, DBGI must send in the approval for the conversion one trading day from receipt of the notice, or November 3, 2026.

4. On November 3, 2026, DBGI did not provide to CT the requisite approval form. Instead, Davis sent a series of emails inferring I should not convert any more in lieu of documents his attorney sent to my attorney earlier in the day. Annexed hereto as Exhibit 2 are true copies of the November 3, 2026, emails between myself and Davis.

5. On November 3, 2026, I received the attached email from CT indicating there were multiple attempts by the transfer agent to receive the signed acknowledgment form. Annexed hereto as Exhibit 3 is a true copy of the November 4, 2026, email from CT to me (redacted for privilege).

6. The Conversion Notice was not approved until the afternoon of November 4, 2026. Annexed hereto as Exhibit 4 is a true copy of the email from Davis to his corporate counsel, Jennifer Zammit, from the Lucosky Brookman law firm, copying CT as well as myself, that includes the signed approval form.

7. Annexed hereto as Exhibit 5 is a true copy of the signed approval form from the November 4, 2026, email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2026

Philip E. Gaucher, Jr.