## CT Shareholder Services

**From:** Philip Gaucher <pgaucher@rbwcap.com>
**Sent:** Monday, November 2, 2026 10:10 AM
**To:** Davis Hil; CT Shareholder Services; Joseph Lucosky; John Slipek; Jon Monna; Ann Marie Fuca; Edward Welch; Barry Bordetsky
**Subject:** Fwd: Completed: Complete with Docusign: DBGI_Conversion_Notice_11-02-2026 _Gaucher.pdf, DBGI_Sellers_Representat...
**Attachments:** DBGI_Conversion_Notice_11-02-2026_Gaucher.pdf; DBGI_Sellers_Representation_ 11-02-26_PG.pdf; Summary.pdf

**Categories:** Nicole

Pls find a conversion notice attached

Philip E. Gaucher Jr.
Managing Partner & Co-Head of Investment Banking
RBW Capital Partners LLC
Direct & Text +1 (646) 838-4294
pgaucher@rbwcap.com | www.rbwcap.com

RBW Capital Partners (“RBW”). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

Begin forwarded message:

**EXHIBIT I**

**DIGITAL BRANDS GROUP, INC.**
**CONVERSION NOTICE**

Reference is made to the Certificate of Designation, Preferences and Rights of the Series D Convertible Preferred Stock of Digital Brands Group, Inc. (the "**Certificate of Designation**"). In accordance with and pursuant to the Certificate of Designation, the undersigned hereby elects to convert the number of shares of Series D Convertible Preferred Stock, $0.0001 par value per share (the "**Series D**"), of Digital Brands Group, Inc., a Delaware corporation (the "**Corporation**"), indicated below into shares of common stock, $0.0001 par value per share (the "**Common Stock**"), of the Corporation, as of the date specified below.

| | |
|---|---|
| Date of Conversion: | November 2, 2026 |
| Aggregate number of Series D to be converted | 26 |
| Aggregate Stated Value of such Series D to be converted: | $29,900 |
| Aggregate accrued and unpaid dividends and accrued with respect to such Series D and such aggregate dividends to be converted: | |
| AGGREGATE CONVERSION AMOUNT TO BE CONVERTED: | $29,900 |

Please confirm the following information:

| | |
|---|---|
| Conversion Price: | $0.56 |
| Number of shares of Common Stock to be issued: | 53,392 |

Please issue the Common Stock into which the applicable Series D are being converted to Holder, or for its benefit, as follows:

Check here if requesting delivery as a certificate to the following name and to the following address:

Issue to: ____________________

Check here if requesting delivery by Deposit/Withdrawal at Custodian as follows:

DTC Participant: Alexander Capital - DTC# [redacted]

Philip E. Gaucher Jr.

Account [redacted]

Date: November 2, 2026,

Philip E. Gaucher Jr.
Name of Registered Holder

DocuSigned by:

By:

6DA5C106256444A

Name: Philip E. Gaucher Jr.
Title:

Tax ID: [redacted]
Facsimile:
E-mail Address: pgaucher@gmail.com

# RULE 144 SELLER'S REPRESENTATION LETTER

Cleartrust
SHAREHOLDER SERVICES

Send your legend removal request to ClearTrust, LLC by one of the following methods:
Mail certificates: 2420 Brunello Trace, Lutz, FL 33558
Upload: www.cleartrustonline.com/secure

Please provide payment by going to www.cleartrustonline.com/payments.

## SECURITY DETAILS: *Tell us what security you want to remove the restrictions from.*

| Issuer name or symbol: | Stock class/security type: | Number of shares/securities: | |
|---|---|---|---|
| DBGI | Common Stock | 53,392 | ☑ Book Entry<br>☐ Certificated |

## CURRENT OWNER'S INFORMATION: *Must match exactly what appears on the certificate or account statement.*

| Current registration name: | Primary EIN/SSN: |
|---|---|
| Philip E. Gaucher Jr. | [redacted] |
| **Email:** | **Phone:** |
| pgaucher@gmail.com | |

## RULE 144 SELLER'S REPRESENTATION LETTER:

I represent to ClearTrust, LLC, the Issuer, my broker, and legal counsel and warrant as follows:

- I have sold, or intend to sell, the securities listed above (the "Shares") in a manner permitted by Rule 144 under the Securities Act of 1933, as amended ("Rule 144"). I understand that after a period of time, my broker or the issuer may request the restrictive legend to be added back to any unsold shares.
- I have not made and do not propose to make any payment in connection with the offer or sale of the Shares to any person or entity except any customary broker's commission or dealer's charges. I have not solicited or arranged for the solicitation of orders to buy in anticipation of or in connection with the proposed sale pursuant to such order, and I will not do so.
- I am not acting in concert with any person in selling the Shares, and I have not agreed to so act. I am not engaged in a plan with anyone else to dispose of the Shares. I am not aware of any facts or circumstances indicating that I am or may be deemed an underwriter within the meaning of the Act with respect to the Shares, or that the sale of the Shares is part of a distribution of any securities.
- I am not currently nor have I been in the three months preceding the sale, an affiliate of the Issuer as defined by Rule 144(a)(1).
- I am not aware of any material adverse information about the Issuer which has not been publicly disclosed.
- The Issuer has either never been a shell company as defined by Rule 405 or it has fully complied with Rule 144(i)(2).
- The holding period set forth in Rule 144(d) for the Shares has been satisfied. I confirm that either:
  - A minimum of **six months** has elapsed since the date that the Shares were acquired from the Issuer or an affiliate of the Issuer as described in Rule 144(d) and there is adequate current public information, set for in Rule 144(c), available with respect to the Issuer; or
  - A minimum of **one year** has elapsed since the date that the Shares were acquired from the Issuer or an affiliate of the Issuer as described in Rule 144(d).

By signing below, I agree that, in connection with the matters described above, ClearTrust, the Issuer, my broker, and legal counsel are relying on the statements made herein. If any such statements become inaccurate or incomplete, I will immediately notify ClearTrust, my broker, and the attorney providing the opinion.

## SIGNATURE(S): *This section must be signed by all current owners.*

**Date:**
11/02/26

| Current owner signature: | Joint owner signature: |
|---|---|
| X DocuSigned by: 6DA5C106256444A... | X |
| **Printed name** (and title if applicable): | **Printed joint name** (and title if applicable): |
| Philip E. Gaucher Jr. | |