Barry Bordetsky <barry@bordetskylaw.com>

# DBGI Conversion Notice 11-03-2026 Gaucher.pdf

**Hil Davis** <hil@dstld.la> Tue, Nov 3, 2026 at 3:30 PM
To: Philip Gaucher <pgaucher@rbwcap.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, John Slipek <jslipek@alexandercapitallp.com>, Ann Marie Fuca <afuca@alexandercapitallp.com>, Barry Bordetsky <barry@bordetskylaw.com>, Joseph Lucosky <jlucosky@lucbro.com>, Jon Monna <jmonna@lucbro.com>, Jennifer Zammit <jzammit@lucbro.com>

I will need the form from CT

Are you sure you want to keep converting given the news today

[Quoted text hidden]

Barry Bordetsky <barry@bordetskylaw.com>

## DBGI Conversion Notice 11-03-2026 Gaucher.pdf

**Hil Davis** <hil@dstld.la> Tue, Nov 3, 2026 at 5:22 PM
To: Philip Gaucher <pgaucher@rbwcap.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, John Slipek <jslipek@alexandercapitallp.com>, Ann Marie Fuca <afuca@alexandercapitallp.com>, Barry Bordetsky <barry@bordetskylaw.com>, Joseph Lucosky <jlucosky@lucbro.com>, Jon Monna <jmonna@lucbro.com>, Jennifer Zammit <jzammit@lucbro.com>

Phil

Please confirm given the information you received today that you want to proceed with your conversion

Hil

[Quoted text hidden]

BARRY M. Bordetsky LAW OFFICES

Barry Bordetsky <barry@bordetskylaw.com>

## DBGI Conversion Notice 11-03-2026 Gaucher.pdf

**Philip Gaucher** <pgaucher@rbwcap.com> Tue, Nov 3, 2026 at 5:25 PM
To: Hil Davis <hil@dstld.la>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, John Slipek <jslipek@alexandercapitallp.com>, Ann Marie Fuca <afuca@alexandercapitallp.com>, Barry Bordetsky <barry@bordetskylaw.com>, Joseph Lucosky <jlucosky@lucbro.com>, Jon Monna <jmonna@lucbro.com>, Jennifer Zammit <jzammit@lucbro.com>

Hil,

I don't know what you're talking about.  What information are you referring to?

Philip

RBW CAPITAL PARTNERS

Philip E. Gaucher Jr.
*Managing Partner & Co-Head of Investment Banking*
RBW Capital Partners LLC
Direct & Text: +1 (646) 838-4294
pgaucher@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved.  RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities.  Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

[Quoted text hidden]

Barry Bordetsky <barry@bordetskylaw.com>

# DBGI Conversion Notice 11-03-2026 Gaucher.pdf

**Hil Davis** <hil@dstld.la> Tue, Nov 3, 2026 at 5:31 PM
To: Philip Gaucher <pgaucher@rbwcap.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, John Slipek <jslipek@alexandercapitallp.com>, Ann Marie Fuca <afuca@alexandercapitallp.com>, Barry Bordetsky <barry@bordetskylaw.com>, Joseph Lucosky <jlucosky@lucbro.com>, Jon Monna <jmonna@lucbro.com>, Jennifer Zammit <jzammit@lucbro.com>

Please check with your lawyer
[Quoted text hidden]

Barry Bordetsky <barry@bordetskylaw.com>

## DBGI Conversion Notice 11-03-2026 Gaucher.pdf

**Philip Gaucher** <pgaucher@rbwcap.com> Tue, Nov 3, 2026 at 5:50 PM
To: Hil Davis <hil@dstld.la>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, John Slipek <jslipek@alexandercapitallp.com>, Ann Marie Fuca <afuca@alexandercapitallp.com>, Barry Bordetsky <barry@bordetskylaw.com>, Joseph Lucosky <jlucosky@lucbro.com>, Jon Monna <jmonna@lucbro.com>, Jennifer Zammit <jzammit@lucbro.com>

You mean the documents sent over that have nothing to do with me or Joe, don't mention our names or our transactions?  You mean those?

[Quoted text hidden]