Barry Bordetsky <barry@bordetskylaw.com>

**DBGI Conversion | Philip Gaucher | REF# 191546**

Privileged

[redacted]

**From:** CT Shareholder Services <inbox@cleartrusttransfer.com>
**Sent:** Wednesday, November 4, 2026 2:22 PM
**To:** Philip Gaucher <pgaucher@rbwcap.com>
**Subject:** RE: DBGI Conversion | Philip Gaucher | REF# 191546

As of today, we have yet to receive the signed Exhibit II and the opinion letter for the November 2 conversion, despite multiple follow-up attempts.

Respectfully,



**Nicole So**

Operations Manager

ClearTrust, LLC

+1 813 235 4490

cleartrustonline.com

*The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. View our privacy notice here. Thank you. Be kind and be well.*

**From:** Philip Gaucher <pgaucher@rbwcap.com>
**Sent:** Wednesday, November 4, 2026 1:08 PM

**To:** CT Shareholder Services <inbox@cleartrusttransfer.com>
**Subject:** Re: DBGI Conversion | Philip Gaucher | REF# 191546

Where is my conversion notice and legal opinion for the conversion submitted 11/2?

Do you have either??

Philip E. Gaucher Jr.

Managing Partner & Co-Head of Investment Banking

RBW Capital Partners LLC

Direct & Text +1 (646) 838-4294

pgaucher@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

On Nov 4, 2026, at 9:16 AM, CT Shareholder Services <inbox@cleartrusttransfer.com> wrote:

The request remains outstanding, as we have not yet received the signed Exhibit II or the opinion letter required for this transaction.

Respectfully,

<image001.png> **Nicole So** <image002.png>

Operations Manager

ClearTrust, LLC <image003.png>

**+1 813 235 4490** <image004.png>

**cleartrustonline.com**

*The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. View our privacy notice here. Thank you. Be kind and be well.*

**From:** Hil Davis <hil@dstld.la>
**Sent:** Tuesday, November 3, 2026 7:23 PM
**To:** CT Shareholder Services <inbox@cleartrusttransfer.com>
**Cc:** Joseph Lucosky <jlucosky@lucbro.com>; Jon Monna <jmonna@lucbro.com>; Edward Welch <ewelch@lucbro.com>; Philip Gaucher <pgaucher@rbwcap.com>; John Slipek <jslipek@alexandercapitallp.com>; Ann Marie Fuca <afuca@alexandercapitallp.com>; Barry Bordetsky <barry@bordetskylaw.com>
**Subject:** Re: DBGI Conversion | Philip Gaucher | REF# 191546

this is done correct?

On Tue, Nov 3, 2026 at 2:56 PM CT Shareholder Services <inbox@cleartrusttransfer.com> wrote:

> We are following up to request an update on the anticipated delivery of the **opinion letter and duly executed Exhibit II** in connection with the Notice of Conversion submitted by **Philip Gaucher Jr.** on **November 2, 2026**.
>
> Kindly advise when we may expect to receive these outstanding documents.
>
> Thank you,
>
> <image001.png> **Nicole So** <image002.png>
>
> Operations Manager
>
> ClearTrust, LLC <image003.png>
>
> **+1 813 235 4490** <image004.png>
>
> **cleartrustonline.com**
>
> *The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. View our privacy notice here. Thank you. Be kind and be well.*
>
> ---
>
> **From:** CT Shareholder Services
> **Sent:** Tuesday, November 3, 2026 9:37 AM
> **To:** 'Philip Gaucher' <pgaucher@rbwcap.com>
> **Cc:** Davis Hil <hil@dstld.la>; Joseph Lucosky <jlucosky@lucbro.com>; John Slipek <jslipek@alexandercapitallp.com>; Jon Monna <jmonna@lucbro.com>; Ann Marie Fuca <afuca@alexandercapitallp.com>; Edward Welch <ewelch@lucbro.com>; Barry Bordetsky <barry@bordetskylaw.com>
> **Subject:** RE: DBGI Conversion | Philip Gaucher | REF# 191546
>
> Good morning,
>
> The credit referenced below originated from a payment made by the issuer.
>
> Kindly advise when we may expect to receive the completed Exhibit II and opinion letter so that we may proceed with the request.
>
> Thank you.
>
> <image001.png> **Nicole So** <image002.png>

Operations Manager

ClearTrust, LLC <image003.png>

+1 813 235 4490 <image004.png>

cleartrustonline.com

[Quoted text hidden]

[Quoted text hidden]

Your document has been completed

**View Completed Documents**

**Jeffrey Zhang**

jzhang@rbwcap.com

All parties have completed Complete with Docusign: DBGI_Conversion_Notice_11-02-2026_Gaucher.pdf, DBGI_Sellers_Representat....

**Do Not Share This Email**

This email contains a secure link to Docusign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**

Visit Docusign.com, click 'Access Documents', and enter the security code:
80C7400F0C46897E816077FBEA3AF64E7

Copyright © 2026 Docusign, Inc. All rights reserved. 221 Main Street, Suite 1550 San Francisco, CA 94105

This message was sent to you by Jeffrey Zhang who is using the Docusign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

Contact Us Terms of Use Privacy Support Report Email

Download the Docusign App

<REF# 191546 Notice of Conversion.pdf>

<PRF D Exhibit II.pdf>

[Quoted text hidden]