Barry Bordetsky <barry@bordetskylaw.com>

# RE: DBGI Conversion Notice 11-03-2026 Gaucher.pdf | Ref # 191546 (11/02 Conversion) & 191632 (11/03 Conversion)

**Hil Davis** <hil@dstld.la> Wed, Nov 4, 2026 at 1:58 PM
To: Jennifer Zammit <jzammit@lucbro.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Philip Gaucher <pgaucher@rbwcap.com>, John Slipek <jslipek@alexandercapitallp.com>, Ann Marie Fuca <afuca@alexandercapitallp.com>, Barry Bordetsky <barry@bordetskylaw.com>, Joseph Lucosky <jlucosky@lucbro.com>, Jon Monna <jmonna@lucbro.com>, Andrew Newman <andrew@cleartrusttransfer.com>

please find attached

[Quoted text hidden]

**Ref # 191546 - Prf D Exhibit II - Gaucher 11.2.2026 signed.pdf**
186K