Docusign Envelope ID: 985FD717-D260-8449-8048-40F0E791919D

**EXHIBIT II**

## ACKNOWLEDGMENT

The Corporation hereby acknowledges this Conversion Notice and hereby directs ClearTrust, LLC to issue the above indicated number of shares of Common Stock in accordance with ~~the Transfer Agent Instructions dated ____________________, 20__ from the Corporation and acknowledged and agreed to by ______________________________________.~~ the Conversion Notice dated November 2, 2026 executed by Philip E. Gaucher Jr. (the "Registered Holder").

**DIGITAL BRANDS GROUP, INC.**

By: Signed by: Hil Davis
9FCADF60CC7F47D...

Name: Hil Davis

Title: CEO