# LAW OFFICES OF BARRY M. BORDETSKY

**570 Lexington Avenue, 24th Floor**
**New York, NY 10022**
**Tel.: (212) 688-0008**

**1719 NJ-10, West Wing, Ste. 300**
**Parsippany Troy Hills, NJ 07054**
**Tel.: (973) 998-6596**
**Fax: (973) 937-7850**
***Please respond to NJ address**

**EMAIL: barry@bordetskylaw.com**

**Admitted in NY/NJ**

***Of Counsel, Littman Krooks LLP**

November 10, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
For the Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re: Philip Gaucher et al. v. Digital Brands Group, Inc. (26-cv-6889)

Dear Judge Furman:

This office represents plaintiffs Philip Gaucher and Joey Giamichael ("Plaintiffs") in the above-referenced case. By this letter motion, Plaintiffs respectfully request a second extension of time to reply or otherwise respond to the counterclaims filed by defendant, from November 12 to November 19, 2026. Defendant's counsel Stephen Tountas graciously consented to the requested extension. As discussed with Mr. Tountas, Plaintiffs will be filing a motion in response to the counterclaims. The extension is necessary based upon, as a sole practitioner, the activity in the case from last week through today, including the filing replies to the motions for contempt and for a bond as well as the submission and appearance today relating to defendant's motion for a temporary restraining order, as pulled from the time I had intended to utilize for the motion.

In addition, the parties jointly request the date to file a motion to amend and/or join parties be extended from November 12 to no later than November 25, 2026. This is the first such extension requested for this submission. The extension is requested based upon the parties' work on the above motions and work on matters for other cases that require significant attention, resulting in the inability to have any motion to amend and/or join filed on November 12, 2026.

The next scheduled appearance is a February 11, 2027, conference call, scheduled for 4:00 p.m. The following are dates set forth in the recently issued scheduling order: Date to amend/join or move to amend/join shall be filed no later than November 12, 2026; Interrogatories shall be served by November 12, 2026; Responses to all discovery shall be in accordance with the applicable federal rules; Privilege logs shall be produced no later than December 3, 2026; All fact discovery shall be completed no later than February 10, 2027; and all expert discovery shall be completed no later than March 26, 2027.

I thank the Court for its consideration of this request.

Respectfully submitted,

**Law Offices of Barry M. Bordetsky**

By: ____________________
Barry M. Bordetsky

c: Stephen W. Tountas (via ECF)