**DIGITAL BRANDS GROUP, INC.**
**1400 Lavaca Street**
**Austin, Texas 78701**
**(209) 651-0172**

September 26, 2025

VStock Transfer, LLC
18 Lafayette Place
Woodmere, NY 11598

Ladies and Gentlemen:

Reference is made to that certain reserve letter (the "**Initial Reserve Letter**" sent by Digital Brands Group, Inc., a Delaware corporation (the "**Company**") to VStock Transfer, LLC (the "**Transfer Agent**" or "**you**") concerning that certain Securities Purchase Agreement, dated August 8, 2025 and attached hereto as Exhibit A (the "**Original Purchase Agreement**"), by and among the Company, and each purchaser identified on the signature pages thereof (the "**Initial Investors**"). In connection with the private placement offering (the "**Offering**") conducted pursuant to the Original Purchase Agreement, the Company issued and sold 14,031.25 shares of its Series D Preferred Stock, par value $0.0001 per share (the "**Series D Preferred Stock**"), to the Initial Investors at the initial closing of the Offering, which occurred on August 8, 2025 (the "**Initial Closing**").

Effective as of September 23, 2025, the Company, the Initial Investors and an additional accredited investor (the "**Additional Investor**," and collectively with the Initial Investors, the "**Investors**") entered into that certain Amendment and Addendum to Securities Purchase Agreement attached hereto as B (the "**Purchase Agreement Amendment**" and, together with the Original Purchase Agreement, the "**Agreement**"), whereby, among other things, the Company agreed to issue and sell up to an additional 2,500 shares of Series D Preferred Stock at the offering price of $800 per share, resulting in the Company offering to sell up to a maximum of 17,500 shares of Series D Preferred Stock to the Investors in the Offering, which shares of Series D Preferred Stock are convertible into shares of the Company's common stock, par value $0.0001 per share (the "**Common Stock**"). On September 25, 2025, the Company issued and sold an additional 1,875 shares of Series D Preferred Stock to the Additional Investor (such Closing, the "**Second Closing**").

Notwithstanding anything in the Initial Reserve Letter to the contrary, the Transfer Agent is hereby irrevocably authorized and instructed to increase the number of shares of Common Stock reserved for issuance upon conversion of all Series D Preferred Stock in accordance with the terms thereof from 43,378,389.1 shares of Common Stock to 70,354,567.31 shares of Common Stock.

So long as you have previously received confirmation from the Company (or Investor's counsel) that the shares of Common Stock have been registered under the 1933 Act or otherwise may be sold pursuant to Rule 144 without any restriction, and the Company or its counsel or Investor's counsel provides an opinion of counsel to that effect in form, substance and scope customary for opinions of counsel in comparable transactions (and satisfactory to the Transfer Agent), together with other documentation that may reasonably be requested, and the number of shares of Common Stock to be issued is less than 4.99% of the total issued and outstanding shares of Common Stock, such shares should be issued either (i) electronically by crediting the account of a Prime Broker with the Depository Trust Company through its Deposit/Withdrawal Agent Commission system, provided that the Company has been made FAST/DRS eligible by DTCC (DWAC), or (ii) in certificated form without any legend which would restrict the transfer of the shares, and you should remove all stop-transfer instructions relating to such shares (such shares shall be issued from the reserve, but in the event there are insufficient reserve shares of Common Stock to accommodate a notice of conversion (the "**Conversion Notice**"), your firm and the Company agree that the Conversion Notice should be completed using authorized but unissued shares of Common Stock that the Company has in its treasury that are not otherwise reserved). The Company is not responsible for the

accuracy of the information set forth in a Conversion Notice. Until such time as you are advised by Investor or Company counsel as above that the shares have been registered under the 1933 Act or otherwise may be sold pursuant to Rule 144 without any restriction, you are hereby instructed to place the following legend on the certificates:

> THE SECURITIES REPRESENTED BY THIS CERTIFICATE HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED. THE SECURITIES MAY NOT BE SOLD, TRANSFERRED OR ASSIGNED IN THE ABSENCE OF AN EFFECTIVE REGISTRATION STATEMENT FOR THE SECURITIES UNDER SAID ACT, OR AN OPINION OF COUNSEL IN FORM, SUBSTANCE AND SCOPE CUSTOMARY FOR OPINIONS OF COUNSEL IN COMPARABLE TRANSACTIONS, THAT REGISTRATION IS NOT REQUIRED OR UNLESS SOLD PURSUANT TO RULE 144 UNDER SAID ACT.

The Company hereby requests that your firm act promptly, without unreasonable delay and without the need for any action or confirmation by the Company with respect to the issuance of Common Stock pursuant to any Conversion Notices received from the Investors.

The Company shall indemnify you and your officers, directors, principals, partners, agents and representatives, and hold each of them harmless from and against any and all loss, liability, damage, claim or expense (including the reasonable fees and disbursements of its attorneys) incurred by or asserted against you or any of them arising out of or in connection with the instructions set forth herein, the performance of your duties hereunder and otherwise in respect hereof, including the costs and expenses of defending yourself or themselves against any claim or liability hereunder, including claims that may be asserted by the Company, except that the Company shall not be liable hereunder as to matters in respect of which it is determined that you have acted with gross negligence or in bad faith. You shall have no liability to the Company in respect to any action taken or any failure to act in respect of this if such action was taken or omitted to be taken in good faith, and you shall be entitled to rely in this regard on the advice of counsel. The Board of Directors of the Company has approved the foregoing (irrevocable instructions) and does hereby extend the Company's irrevocable agreement to indemnify your firm for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth.

The Company hereby authorizes the issuance of such number of shares of Common Stock as will be necessary to fully convert the Series D Preferred Stock under its terms and any such shares shall be considered fully paid and non-assessable at the time of their issuance. The Company and the Investor agree that the Transfer Agent will be notified in writing by the Company and the Investor when the Series D Preferred Stock has been fully converted and if there are any remaining shares in the reserve that are to be released and returned to the Company’s authorized shares.

The Investors and Company expressly understand and agree that nothing in this letter shall require or be construed in any way to require the Transfer Agent, in its sole discretion, to do, take or not do or take any action that would be contrary to any court order, any Federal or State law, rule, or regulation including but expressly not limited to both the Securities Act of 1933,as amended, and the Securities and Exchange Act of 1934, as amended, the rules and regulations promulgated thereunder by the U.S. Securities and Exchange Commission, or the transfer agent agreement with the Company.

The Transfer Agent is not responsible for determining the accuracy of any Conversion Notice and may rely on any instructions presented to it consistent with this letter. The Investor is intended to be and is a third party beneficiary hereof, and no amendment or modification to the instructions set forth herein may be made without the consent of the Investor.

Sincerely,

**DIGITAL BRANDS GROUP, INC.**

By: Signed by: Hil Davis 064BB548DCB6440...
Name: John Hilburn Davis, IV
Title: Chief Executive Officer

<u>**SCHEDULE I**</u>

**ADDITIONAL INVESTOR**

- Target Capital 6 LLC

**EXHIBIT A**

**Securities Purchase Agreement**

[*see attached*]

**EXHIBIT B**

**Amendment and Addendum to Securities Purchase Agreement**

[*see attached*]