BARRY M. Bordetsky LAW OFFICES

**Barry Bordetsky <barry@bordetskylaw.com>**

# DBGI Conversion Notice

13 messages

**Joe Giamichael** <jgiamichael@rbwcap.com> Wed, Nov 11, 2026 at 10:04 AM
To: CT Shareholder Services <inbox@cleartrusttransfer.com>, Hil Davis <hil@dstld.la>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

Please let me know when the Company has approved, legal opinion coming in separate email

RBW CAPITAL PARTNERS

Joe Giamichael
*Managing Partner & Co-Head of Investment Banking*
RBW Capital Partners LLC
Direct & Text: +1 (646) 838-4297
jgiamichael@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** Jeffrey Zhang via Docusign <dse_NA4@docusign.net>
**Sent:** Wednesday, November 11, 2026 8:50 AM
**To:** Joe Giamichael <jgiamichael@rbwcap.com>
**Subject:** Completed: Complete with Docusign: DBGI Conversion Notice 11-10-2026 JGiamichael.pdf, DBGI Sellers Represe...

docusign

Your document has been completed

View Completed Documents

**Jeffrey Zhang**

jzhang@rbwcap.com

All parties have completed Complete with Docusign: DBGI Conversion Notice 11-10-2026 JGiamichael.pdf, DBGI Sellers Represe....

**Do Not Share This Email**

This email contains a secure link to Docusign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**

Visit Docusign.com, click 'Access Documents', and enter the security code:
6C45D0EE091D8B36833870EF376A3E637

Copyright © 2026 Docusign, Inc. All rights reserved. 221 Main Street, Suite 1550 San Francisco, CA 94105

This message was sent to you by Jeffrey Zhang who is using the Docusign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

Contact Us Terms of Use Privacy Support Report Email

Download the Docusign App

---

**3 attachments**

**DBGI Conversion Notice 11-10-2026 JGiamichael.pdf**
261K

**DBGI Sellers Representation 11-10-26 JoeG.pdf**
196K

**DBGI StoneX LPS Questionnaire Giamichael 205357.pdf**
148K

---

**CT Shareholder Services** <inbox@cleartrusttransfer.com> Wed, Nov 11, 2026 at 4:20 PM
To: Joe Giamichael <jgiamichael@rbwcap.com>, Hil Davis <hil@dstld.la>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

Dear Joe,

ClearTrust is not able to address your conversion request at this time. Please work with the issuing company directly regarding your conversion request.

Please note that Digital Brands has been notified of the items ClearTrust needs for processing.

Thank you,



**Matthew Luginbuehl**

Operations Manager

ClearTrust, LLC

**+1 813 235 4490**

**cleartrustonline.com**

*The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. View our privacy notice here. Thank you. Be kind and be well.*

[Quoted text hidden]

---

**Joe Giamichael** <jgiamichael@rbwcap.com> Wed, Nov 11, 2026 at 4:31 PM
To: CT Shareholder Services <inbox@cleartrusttransfer.com>, Hil Davis <hil@dstld.la>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

Can you tell us why you are not able to facilitate this so that I best understand our contempt lawsuit?

RBW CAPITAL PARTNERS

**Joe Giamichael**
*Managing Partner & Co-Head of Investment Banking*
**RBW Capital Partners LLC**
Direct & Text: +1 (646) 838-4297
jgiamichael@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** CT Shareholder Services <inbox@cleartrusttransfer.com>
**Sent:** Wednesday, 11 November 2026 16:20:11
**To:** Joe Giamichael <jgiamichael@rbwcap.com>; Hil Davis <hil@dstld.la>; Barry Bordetsky <barry@bordetskylaw.com>; Philip Gaucher <pgaucher@rbwcap.com>
**Subject:** RE: DBGI Conversion Notice

[Quoted text hidden]

---

**Hil Davis** <hil@dstld.la> Wed, Nov 11, 2026 at 4:34 PM
To: Joe Giamichael <jgiamichael@rbwcap.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

Because we have no shares left to issue, they have either been issued or they are being held in reserve for TA letters

We have 25M shares authorized and there are 11.56M outstanding and the balance are held in reserve with the majority held by Dmitriy via Shakawee per the TA letter per his legal contract

We need shareholder approval to increase the authorized share count

Since Dmitriy did not raise the floor price on you, perhaps you can ask him to release some of his reserve shares to fill your conversions

[Quoted text hidden]

---

**Joe Giamichael** <jgiamichael@rbwcap.com> Wed, Nov 11, 2026 at 4:40 PM
To: Hil Davis <hil@dstld.la>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

So Dmitriy has shares for conversion but we do not, please confirm?

RBW CAPITAL PARTNERS

Joe Giamichael
*Managing Partner & Co-Head of Investment Banking*
**RBW Capital Partners LLC**
Direct & Text: +1 (646) 838-4297
jgiamichael@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** Hil Davis <hil@dstld.la>
**Sent:** Wednesday, 11 November 2026 16:34:24
**To:** Joe Giamichael <jgiamichael@rbwcap.com>
**Cc:** CT Shareholder Services <inbox@cleartrusttransfer.com>; Barry Bordetsky <barry@bordetskylaw.com>; Philip Gaucher <pgaucher@rbwcap.com>
**Subject:** Re: DBGI Conversion Notice

[Quoted text hidden]

---

**Hil Davis** <hil@dstld.la> Wed, Nov 11, 2026 at 4:45 PM
To: Joe Giamichael <jgiamichael@rbwcap.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

no one has shares for conversion, he has shares on reserve as part of his ELOC and his $3M note but those are not available to anyone unless he gives up his reserve and let's y'all use these reserve shares for your conversions and his conversions

[Quoted text hidden]

---

**Joe Giamichael** <jgiamichael@rbwcap.com> Wed, Nov 11, 2026 at 4:52 PM
To: Hil Davis <hil@dstld.la>

Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

Feels like collusion. Maybe we should bring a lawsuit.

RBW CAPITAL PARTNERS

Joe Giamichael
*Managing Partner & Co-Head of Investment Banking*
RBW Capital Partners LLC
Direct & Text: +1 (646) 838-4297
jgiamichael@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** Hil Davis <hil@dstld.la>
**Sent:** Wednesday, 11 November 2026 16:45:00
[Quoted text hidden]

[Quoted text hidden]

---

**4959-id-e7c1388c-501f-4fc1-94a4-0dd80b48f70c.png**
45K

---

**Hil Davis** <hil@dstld.la> Wed, Nov 11, 2026 at 5:20 PM
To: Joe Giamichael <jgiamichael@rbwcap.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

We can file for an increase in approved shares but it does require shareholder approval , which will take 5 to 8 weeks
[Quoted text hidden]

---

**Joe Giamichael** <jgiamichael@rbwcap.com> Wed, Nov 11, 2026 at 5:24 PM
To: Hil Davis <hil@dstld.la>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

Where are you in the reverse split requirement of the spa, or just another thing to be ignored as you let this spin into oblivion?

RBW CAPITAL PARTNERS

Joe Giamichael
*Managing Partner & Co-Head of Investment Banking*
RBW Capital Partners LLC
Direct & Text: +1 (646) 838-4297
jgiamichael@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** Hil Davis <hil@dstld.la>
**Sent:** Wednesday, 11 November 2026 17:20:52

[Quoted text hidden]

[Quoted text hidden]

---

**Hil Davis** <hil@dstld.la> Wed, Nov 11, 2026 at 5:56 PM
To: Joe Giamichael <jgiamichael@rbwcap.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>

We need shareholder approval

[Quoted text hidden]

---

**Joe Giamichael** <jgiamichael@rbwcap.com> Wed, Nov 11, 2026 at 6:22 PM
To: Hil Davis <hil@dstld.la>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>, Dmitriy Shapiro <shapiro.dmitriy@gmail.com>

To be clear, the very same issue was raised with Target capital on their conversion today, but their dwac was facilitated and mine is not? Where are the shares needed to cover our exercise? Who do we need permission from, Target? To avoid compartmentalization I have included Dmitriy on this email.

RBW CAPITAL PARTNERS

Joe Giamichael
*Managing Partner & Co-Head of Investment Banking*
RBW Capital Partners LLC
Direct & Text: +1 (646) 838-4297
jgiamichael@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James

Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** Hil Davis <hil@dstld.la>
**Sent:** Wednesday, 11 November 2026 17:56:00

[Quoted text hidden]

[Quoted text hidden]

---

**Hil Davis** <hil@dstld.la> Wed, Nov 11, 2026 at 6:33 PM
To: Joe Giamichael <jgiamichael@rbwcap.com>, Joseph Lucosky <jlucosky@lucbro.com>, Edward Welch <ewelch@lucbro.com>, Jon Monna <jmonna@lucbro.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>, Dmitriy Shapiro <shapiro.dmitriy@gmail.com>

I do not know those answers. Perhaps Target, since they are only converting at 3% of the volume was a significantly lower number of shares to convert

I have added the Lucosky team to this email because when I asked them if we could sign a Board resolution to increase the authorized shares, they stated that it requires shareholder approval only

They can confirm that shareholder approval is needed versus only a Board resolution

They can also confirm the timing since we do not have 10 or 11 shareholders that own over 50%, which means we have to file a standard shareholder proxy

[Quoted text hidden]

---

**Joe Giamichael** <jgiamichael@rbwcap.com> Wed, Nov 11, 2026 at 6:39 PM
To: Hil Davis <hil@dstld.la>, Joseph Lucosky <jlucosky@lucbro.com>, Edward Welch <ewelch@lucbro.com>, Jon Monna <jmonna@lucbro.com>
Cc: CT Shareholder Services <inbox@cleartrusttransfer.com>, Barry Bordetsky <barry@bordetskylaw.com>, Philip Gaucher <pgaucher@rbwcap.com>, Dmitriy Shapiro <shapiro.dmitriy@gmail.com>

Guys, im so tired of this nonsense. What shares are authorized and can be used for conversions here? If its 0 fine, if its 11.4mm as his previous email implies but allocated to Shakawe, fine. Can a sane person provide a logical answer so I can get as far away from this dumpster fire as possible? Otherwise we are back in court tomorrow.

RBW
CAPITAL PARTNERS

**Joe Giamichael**
*Managing Partner & Co-Head of Investment Banking*
**RBW Capital Partners LLC**
Direct & Text: +1 (646) 838-4297
jgiamichael@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** Hil Davis <hil@dstld.la>
**Sent:** Wednesday, 11 November 2026 18:33:12
**To:** Joe Giamichael <jgiamichael@rbwcap.com>; Joseph Lucosky <jlucosky@lucbro.com>; Edward Welch <ewelch@lucbro.com>; Jon Monna <jmonna@lucbro.com>
**Cc:** CT Shareholder Services <inbox@cleartrusttransfer.com>; Barry Bordetsky <barry@bordetskylaw.com>; Philip Gaucher <pgaucher@rbwcap.com>; Dmitriy Shapiro <shapiro.dmitriy@gmail.com>
[Quoted text hidden]

[Quoted text hidden]

---



**4959-id-e7c1388c-501f-4fc1-94a4-0dd80b48f70c.png**
45K

Docusign Envelope ID: 576F6C8E-F0F9-85D4-835F-27FB90EB52B9

**EXHIBIT I**

**DIGITAL BRANDS GROUP, INC.**
**CONVERSION NOTICE**

Reference is made to the Certificate of Designation, Preferences and Rights of the Series D Convertible Preferred Stock of Digital Brands Group, Inc. (the "**Certificate of Designation**"). In accordance with and pursuant to the Certificate of Designation, the undersigned hereby elects to convert the number of shares of Series D Convertible Preferred Stock, $0.0001 par value per share (the "**Series D**"), of Digital Brands Group, Inc., a Delaware corporation (the "**Corporation**"), indicated below into shares of common stock, $0.0001 par value per share (the "**Common Stock**"), of the Corporation, as of the date specified below.

Date of Conversion: Nov 10, 2026

Aggregate number of Series D to be converted 25

Aggregate Stated Value of such Series D to be converted: $28,750

Aggregate accrued and unpaid dividends and accrued with respect to such Series D and such aggregate dividends to be converted: ______

AGGREGATE CONVERSION AMOUNT TO BE CONVERTED: $28,750

Please confirm the following information:

Conversion Price: $0.14

Number of shares of Common Stock to be issued: 205,357

Please issue the Common Stock into which the applicable Series D are being converted to Holder, or for its benefit, as follows:

Check here if requesting delivery as a certificate to the following name and to the following address:

Issue to: ______

Check here if requesting delivery by Deposit/Withdrawal at Custodian as follows:

DTC Participant: DTC#: [redacted] / STONEX

Account #: [redacted]

Date: Nov 10, 2026,

Joey Giamichael

Name of Registered Holder

Signed by:

By: 

55EBF9C7BB004C0...

Name: Joey Giamichael

Title:

Tax ID: [redacted]

Facsimile:

E-mail Address: jgiamichael@rbwcap.com

Docusign Envelope ID: 576F6C8E-F0F9-85D4-835F-27FB90EB52B9

**EXHIBIT II**

## ACKNOWLEDGMENT

The Corporation hereby acknowledges this Conversion Notice and hereby directs _________________ to issue the above indicated number of shares of Common Stock in accordance with the Transfer Agent Instructions dated _____________, 20__ from the Corporation and acknowledged and agreed to by ________________________.

**DIGITAL BRANDS GROUP, INC.**

By: ___________________________________
Name:
Title: