BARRY M. Bordetsky LAW OFFICES

**Barry Bordetsky <barry@bordetskylaw.com>**

# RE: Completed: Complete with Docusign: DBGI Conversion Notice 11-11-2026 Gaucher.pdf, DBGI Sellers Representat...

**Philip Gaucher** <pgaucher@rbwcap.com> Wed, Nov 11, 2026 at 4:28 PM
To: CT Shareholder Services <inbox@cleartrusttransfer.com>, Hil Davis <hil@dstld.la>, "Joseph Lucosky (jlucosky@lucbro.com)" <jlucosky@lucbro.com>, Jennifer Zammit <jzammit@lucbro.com>, John Slipek <jslipek@alexandercapitallp.com>, Ann Marie Fuca <afuca@alexandercapitallp.com>, Barry Bordetsky <barry@bordetskylaw.com>

Hil,

Please let me know why you are not honoring the conversion request.

Thank you,

Philip

RBW CAPITAL PARTNERS

**Philip E. Gaucher Jr.**
*Managing Partner & Co-Head of Investment Banking*
**RBW Capital Partners LLC**
Direct & Text: +1 (646) 838-4294
pgaucher@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** CT Shareholder Services <inbox@cleartrusttransfer.com>
**Sent:** Wednesday, November 11, 2026 5:21 PM
**To:** Philip Gaucher <pgaucher@rbwcap.com>; Hil Davis <hil@dstld.la>; Joseph Lucosky (jlucosky@lucbro.com) <jlucosky@lucbro.com>; Jennifer Zammit <jzammit@lucbro.com>; John Slipek <jslipek@alexandercapitallp.

com>; Ann Marie Fuca <afuca@alexandercapitallp.com>
**Subject:** RE: Completed: Complete with Docusign: DBGI Conversion Notice 11-11-2026 Gaucher.pdf, DBGI Sellers Representat...

Dear Philip,

ClearTrust is not able to address your conversion request at this time. Please work with the issuing company directly regarding your conversion request.

Please note that Digital Brands has been notified of the items ClearTrust needs for processing.

Thank you,



**Matthew Luginbuehl**

Operations Manager

ClearTrust, LLC

**+1 813 235 4490**

**cleartrustonline.com**

*The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it View our privacy notice here Thank you Be kind and be well*

---

**From:** Philip Gaucher <pgaucher@rbwcap.com>
**Sent:** Wednesday, November 11, 2026 1:02 PM
**To:** CT Shareholder Services <inbox@cleartrusttransfer.com>; Hil Davis <hil@dstld.la>; Joseph Lucosky (jlucosky@lucbro.com) <jlucosky@lucbro.com>; Jennifer Zammit <jzammit@lucbro.com>; John Slipek <jslipek@alexandercapitallp.com>; Ann Marie Fuca <afuca@alexandercapitallp.com>
**Subject:** FW: Completed: Complete with Docusign: DBGI Conversion Notice 11-11-2026 Gaucher.pdf, DBGI Sellers Representat...

Please find my conversion request attached.

Thank you,

Philip

**Philip E. Gaucher Jr.**
*Managing Partner & Co-Head of Investment Banking*
**RBW Capital Partners LLC**
Direct & Text: +1 (646) 838-4294
pgaucher@rbwcap.com | www.rbwcap.com

RBW Capital Partners ("RBW"). Securities and Brokerage Services are offered through Dawson James Securities, Inc. All rights reserved. RBW Capital Partners, LLC and Dawson James Securities, Inc. are independent entities. Officers of RBW Capital Partners, LLC are licensed registered representative of Dawson James Securities, Inc.

Dawson James Securities, Inc. is a member of the FINRA/SIPC. The above communication, the attachments and external Internet links provided are intended for informational purposes only and are not to be interpreted by the recipient as a solicitation to participate in securities offerings. Investments referenced may not be suitable for all investors and may not be permissible in certain jurisdictions. The Company may have prior, existing or proposed investment banking relationships with referenced entities and may engage in trading the securities on an agency or principal basis. The Company, its officers, directors analysts or employees may effect transactions, or hold long or short positions, in the securities referenced or their related components or entities. Additional company and contact information is available at www.dawsonjames.com

---

**From:** Jeffrey Zhang via Docusign <dse_NA4@docusign.net>
**Sent:** Wednesday, November 11, 2026 2:00 PM
**To:** Philip Gaucher <pgaucher@rbwcap.com>
**Subject:** Completed: Complete with Docusign: DBGI Conversion Notice 11-11-2026 Gaucher.pdf, DBGI Sellers Representat...

docusign

Your document has been completed

View Completed Documents

**Jeffrey Zhang**

jzhang@rbwcap.com

All parties have completed Complete with Docusign: DBGI Conversion Notice 11-11-2026 Gaucher.pdf, DBGI Sellers Representat....

**Do Not Share This Email**

This email contains a secure link to Docusign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**

Visit Docusign.com, click 'Access Documents', and enter the security code:
E5A4D92E3CEE8E468335C8D493CA2DFF7

Copyright © 2026 Docusign, Inc. All rights reserved. 221 Main Street, Suite 1550 San Francisco, CA 94105

This message was sent to you by Jeffrey Zhang who is using the Docusign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

Contact Us Terms of Use Privacy Support Report Email

Download the Docusign App

**EXHIBIT I**

**DIGITAL BRANDS GROUP, INC.**
**CONVERSION NOTICE**

Reference is made to the Certificate of Designation, Preferences and Rights of the Series D Convertible Preferred Stock of Digital Brands Group, Inc. (the "**Certificate of Designation**"). In accordance with and pursuant to the Certificate of Designation, the undersigned hereby elects to convert the number of shares of Series D Convertible Preferred Stock, $0.0001 par value per share (the "**Series D**"), of Digital Brands Group, Inc., a Delaware corporation (the "**Corporation**"), indicated below into shares of common stock, $0.0001 par value per share (the "**Common Stock**"), of the Corporation, as of the date specified below.

Date of Conversion: Nov 11, 2026

Aggregate number of Series D to be converted 48

Aggregate Stated Value of such Series D to be converted: $55,200

Aggregate accrued and unpaid dividends and accrued with respect to such Series D and such aggregate dividends to be converted: ______________

AGGREGATE CONVERSION AMOUNT TO BE CONVERTED: $55,200

Please confirm the following information:

Conversion Price: $0.14

Number of shares of Common Stock to be issued: 394,285

Please issue the Common Stock into which the applicable Series D are being converted to Holder, or for its benefit, as follows:

Check here if requesting delivery as a certificate to the following name and to the following address:

Issue to: ______________

Check here if requesting delivery by Deposit/Withdrawal at Custodian as follows:

DTC Participant: Alexander Capital - DTC# [redacted]

Account [redacted]

Date: _Nov 11, 2026____,

Philip E. Gaucher Jr.

Name of Registered Holder

DocuSigned by:

By: ____________________

Name: Philip E. Gaucher Jr.

Title:

Tax [redacted] [redacted]___________

Facsimile:____________________

E-mail Address: pgaucher@gmail.com

Docusign Envelope ID: D7A53DAF-C956-82BD-83C2-F898F21BB513

**EXHIBIT II**

**ACKNOWLEDGMENT**

The Corporation hereby acknowledges this Conversion Notice and hereby directs _________________ to issue the above indicated number of shares of Common Stock in accordance with the Transfer Agent Instructions dated _____________, 20__ from the Corporation and acknowledged and agreed to by ________________________.

**DIGITAL BRANDS GROUP, INC.**

By: ___________________________________
Name:
Title: