UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP E. GAUCHER, JR., et al.,

Plaintiffs,

-v-

DIGITAL BRANDS GROUP, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6889 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at Dkt. No. 120 is **GRANTED**, and the in-person settlement conference scheduled for January 7, 2027 at 2:00 p.m. is **RESCHEDULED** to **December 8, 2026 at 2:00 p.m. ET**, and will proceed **in-person** — i.e., all counsel and clients must attend **in-person**. (See Dkt. No. 105).

All other aspects of the Court's Scheduling Order at Dkt. No. 105 remain in effect except that:

1. Plaintiff is to make a settlement demand to Defendants (or reaffirm any prior demand) by **November 18, 2026**;
2. Defendant to inform Plaintiff of their response to the demand by **November 25, 2026**; and

3. The parties' pre-conference submissions and completed Attendance Acknowledgement Forms must be received by the Court and the opposing party no later than **December 2, 2026 at 5:00 p.m. ET**.

Dated: New York, New York
November 12, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**