UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP E. GAUCHER, JR., et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>DIGITAL BRANDS GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 26 Civ. 6889 (JMF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The citation in the Court's Opinion and Order at Dkt. No. 125 is **AMENDED**, on page 9, as indicated below:

(See, e.g., Dkt. Nos. 77 (Plaintiffs' motion for bond); 80 (~~DGBI's~~ Plaintiffs' motion for civil contempt); 109 (DBGI's motion for temporary restraining order)).

Dated: New York, New York
November 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**