# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

CHRISTOPHER R. GOETZ
DIRECT DIAL: (212) 506-1982
DIRECT FAX: (212) 500-1800
CGOETZ@KASOWITZ.COM

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

November 16, 2026

**VIA ECF**
The Honorable Jesse M. Furman, U.S.D.J.
Southern District of New York
40 Centre Street
New York, NY 10007

***Re*: *Bartch v. Digital Brands Group, Inc.*, No. 26-cv-8734; *Gaucher v. Digital Brands Group, Inc.*, No. 26-cv-6889 – Response to Nov. 11 Letter (Dkt. 44)**

Dear Judge Furman:

We represent the Digital Brands Group, Inc. in the above referenced actions. We write in response to David Joshua Bartch's Letter of November 11, 2026 regarding irregular trading in DBGI on November 6, 2026. Bartch's efforts to attribute the highly irregular trading activity on November 6 to the issuances of ATM shares and Target conversion shares are inconsistent with the record.

***The Highly Irregular and Volatile Sales Happened Before the Target Conversion*.** Approximately 53 million of the 91 million trading volume on November 6 was the result of trading in the pre-market (4 a.m. – 9:30 a.m.). *See* Dkt. 32-3 at 2-6.[1] The approval forms for Target's conversions were submitted to the transfer agent at approximately 1:44 P.M. In other words, the volume spike had already occurred hours before DBGI even processed the Target Conversion. It is implausible, as Bartch argues, that the Target conversions **caused** the volume spike on November 6th.

***Target is Subject to a 3% Daily Trade Limit ("Leak Out")***: Bartch speculated that "Target can sell converted shares before issuance and deliver them later to settle the trade." Dkt. 44 at 2, n.3. Yet it is highly unlikely that Target would pre-sell all 1,177,525 shares sold because Target is subject to a leak out agreement limiting its sales of DBGI to 3% of the day's total trading volume. *See* Ex. 1. The average trading volume for DBGI during the month prior to November 6, 2026, or between October 6, 2026 and November 5, 2026, was approximately 253,496 per day. *See DBGI*, YAHOO FINANCE, https://finance.yahoo.com/quote/DBGI/history/ (last accessed 11:28 A.M. on Nov. 16, 2026). If Target pre-sold 1,177,525 shares before the volume spike in the pre-market, it would have sold a volume over four times the average daily trading volume. This would result in flagrant, near-certain breach of the leak out, barring an

[1] The approximate pre-market trading is the sum of the highlighted trading volume during the pre-market period from materials already on the record. *See* Dkt. 32-3 at 2-6.

unexpected surge in trading volume hundreds of times higher than the average daily volume over the last thirty (30) days.

Indeed, Target's eight separate conversion notices submitted by the morning of November 6 reflect that Target was complying with the leak out. *See* Dkt 44-3. Contrary to Bartch's assertion that the eight conversion notices approved that day "fit [the] pattern" of selling "converted shares before issuance and deliver them later to settle the trade," there is a far simpler interpretation: Target responded to the changes in the volume in real time. As the day's trading volume increased, Target was permitted to convert more shares under the leak out and submitted additional requests. This interpretation is supported by Target's communications. Target communicated to DBGI that it was carefully ensuring its sales remained below the leak out limit. When e-mailing notices of conversion both at 11:23 a.m. and at 5:16 p.m., Target's CEO made a point of spelling out and explaining how Target was "significantly below the 3% for the daily volume." Dkt. 44-8 at 8.

***The ATM Sales Do Not Explain the Irregular Activity*****:** Bartch also argues that DBGI's ATM issuances and sales may "help explain" the highly irregular trading. But during the pre-market, DBGI only sold approximately 380,000 shares – approximately 0.7% of the total pre-market volume. Davis Decl. ¶ 5. It is not plausible for those sales to trigger a pre-trading volume spike in excess of 53 million – and a trading volume for the day in excess of 91 million – when DBGI had less than 10 million tradeable shares in the float at the time.

In addition, the bank handling the ATM, Aegis Capital Corp., was instructed to ensure that ATM sales did not exceed a capped percentage of the day's trading volume when selling through the ATM to avoid harming the stock price. *See, e.g.,* Ex. 2 at 1. Thanks to this ceiling, the ATM follows the day's trading, it does not dictate it. For example, on October 28, 2026, the ATM accounted for 8.4% of the volume without resulting in a sudden surge in volume. *See id.* On November 6, 2026, the ATM accounted for approximately 2.1% of the day's trading volume.[2]

***The Irregular Trading Has Continued Regardless of Target or ATM***: Bartch's arguments also are contradicted by the further irregular trading that has taken place since November 6th. As reflected in the table below, the extreme spikes in trading do not correlate with the ATM issuances and Target conversions in DBGI:

[2] November 6, 2026 ATM volume was 1,977,321, which is approximately 2.1% of the day's total volume of 91,752,400. *See* Dkt. 44.1 at 4.

| Date | Daily Trading Volume[3] | Percentage of Average Daily Trading Volume[4] (Oct. 6 – Nov. 5) | New Shares Issued through ATM and Target Conversions[5] |
|---|---|---|---|
| **November 6** | 91,752,400 | 36,194% | 0 |
| **November 9** | 26,927,300 | 10,622% | 3,749,785 |
| **November 10** | 6,258,100 | 2,468% | 1,925,275 |
| **November 11** | 18,306,400 | 7,221% | 893,9191 |
| **November 12** | 154,722,900 | 61,035% | 291,304 |
| **November 13** | 5,631,900 | 2,221% | 0 |

November 12th had the largest volume spike yet: a full 68% higher than the November 6th trading volume. Yet even counting all shares posted the next trading day, only 291,304 shares were issued between November 12th and 13th. The various spikes during this period do not correlate with the volume traded, with the most extreme example of irregular trading having the smallest volume of shares issued. Nor was there any company event or announcement that would provide an independent explanation for this spike in trading. Bartch's explanation does not hold up in the context of the broader pattern of irregular trading that has emerged.

Respectfully submitted,

*Christopher Goetz*

Christopher R. Goetz

---

[3] *DBGI*, YAHOO FINANCE, https://finance.yahoo.com/quote/DBGI/history/ (last accessed 11:28 A.M. on Nov. 16, 2026).

[4] This was calculated using the average trading volume between October 6, 2026 and November 5, 2026: approximately 253,496 shares. *DBGI*, YAHOO FINANCE, https://finance.yahoo.com/quote/DBGI/history/ (last accessed 11:28 A.M. on Nov. 16, 2026).

[5] *See* Ex. 3. The registrar records capture the date these issuances were posted. As noted by Bartch, shares converted or issued may not appear on the report as formally processed until the next trading day. For example, DBGI did approve conversions on November 6, 2026. *See, e.g.*, Dkt. 44-5.