# EXHIBIT 2

DSTLD

**Hil Davis <hil@dstld.la>**

---

**DBGI interim ATM Report, 10/28/2026**

---

**Michael Shea** <mshea@aegiscap.com> Wed, Oct 28, 2026 at 12:05 PM
To: Hil Davis <hil@dstld.la>
Cc: Dilnaman Singh Sachdeva <DSachdeva@aegiscap.com>, James Udasco <judasco@aegiscap.com>, Melissa Scaparro <MScaparro@aegiscap.com>, TradeSupport <TradeSupport@aegiscap.com>

Hil, we continue to work 5 to 10 % of the today's volume, no limit. So far today, we have sold 11,300 shares at 0.928, which is 8.4% of the volume.

M

---

**From:** Michael Shea
**Sent:** Tuesday, October 27, 2026 4:02 PM
**To:** Hil Davis <hil@dstld.la>
**Cc:** Dilnaman Singh Sachdeva <DSachdeva@aegiscap.com>; James Udasco <judasco@aegiscap.com>; Melissa Scaparro <MScaparro@aegiscap.com>; TradeSupport <TradeSupport@aegiscap.com>
**Subject:** RE: DBGI ATM Report, 10/27/2026

On the day, we sold 26,454 DBGI @ $1.038888. We were ~7% of the volume. The stock closed at $0.9993. The day's overall VWAP was 1.0342.

Gross raise: $27,482.737

2% commission: $549.65.

Net Raise: $26,933.087.

Have a good evening . . .

Mike

Michael Shea

Aegis Capital

1345 Avenue of the Americas

27th Floor

New York, NY 10105

mshea@Aegiscap.com

Work: 212 600 2726

Work Mobile: 203 910 5673

Brokerage and investment advisory services are offered through Aegis Capital Corporation, a member of FINRA and SIPC. Please use this link to view Aegis Capital Corp Risk Disclosures and Form CRS (Customer Relationship Summary).

Brokerage and investment advisory services are offered through Aegis Capital Corporation, a member of FINRA and SIPC.

Please use this link to view Aegis Capital Corp Risk Disclosures and Form CRS (Customer Relationship Summary).

Brokerage and investment advisory services are offered through Aegis Capital Corporation, a member of FINRA and SIPC.

Please use this link to view Aegis Capital Corp Risk Disclosures and Form CRS (Customer Relationship Summary).

Brokerage and investment advisory services are offered through Aegis Capital Corporation, a member of FINRA and SIPC .

Please use this link to view Aegis Capital Corp Risk Disclosures and Form CRS (Customer Relationship Summary).

Please use this link to to learn more about what it means to have a 'Trusted Contact' for an account.