# EXHIBIT 3

# REGISTRAR CONTROL

## CLEARTRUST, LLC

ClearTrust SHAREHOLDER SERVICES

**For the period from 11/06/26 to 11/13/26**

**Authorized shares for DIGITAL BRANDS GROUP, INC-COMMON (FAST): 25,000,000**

**Transactions Effective Before** 11/06/2026
**Shares Cancelled:** 0
**Shares Issued:** 0
**Transactions Effective After** 11/13/2026
**Shares Cancelled:** 0
**Shares Issued:** 0

| | |
|---|---|
| **Begin Balance:** | 4,053,003 |
| **Shares Cancelled:** | 0 |
| **Shares Issued:** | 7,799,009 |
| **Ending Balance:** | 11,852,012 |

| Certificate/Book | Holder | Denomination | Batch # | Type | Effective | Posted |
|---|---|---|---|---|---|---|
| * DRS * | PHILIP E GAUCHER JR | 51,994 | 191708B | OIS | 11/06/2026 | 11/06/2026 |
| * DRS * | PHILIP E GAUCHER JR | 61,170 | 191714B | OIS | 11/06/2026 | 11/06/2026 |
| * DRS * | JOEY GIAMICHAEL | 61,170 | 191715B | OIS | 11/06/2026 | 11/06/2026 |
| * DRS * | AEGIS CAPITAL CORP | 1,977,321 | 191735 | OIS | 11/09/2026 | 11/09/2026 |
| * DRS * | TARGET CAPITAL 16 LLC | 1,177,525 | 191694B | OIS | 11/09/2026 | 11/09/2026 |
| * DRS * | JOEY GIAMICHAEL | 188,141 | 191746B | OIS | 11/09/2026 | 11/09/2026 |
| * DRS * | PHILIP E GAUCHER JR | 188,141 | 191748B | OIS | 11/09/2026 | 11/09/2026 |
| * DRS * | TARGET CAPITAL 16 LLC | 198,313 | 191731B | OIS | 11/09/2026 | 11/09/2026 |
| * DRS * | TARGET CAPITAL 16 LLC | 198,313 | 191731B | OIS | 11/09/2026 | 11/09/2026 |
| * DRS * | TARGET CAPITAL 16 LLC | 198,313 | 191731B | OIS | 11/09/2026 | 11/09/2026 |
| * DRS * | AEGIS CAPITAL CORP | 1,925,275 | 191798 | OIS | 11/10/2026 | 11/10/2026 |
| * DRS * | JOEY GIAMICHAEL | 194,055 | 191816B | OIS | 11/10/2026 | 11/10/2026 |
| * DRS * | PHILIP E GAUCHER JR | 194,055 | 191812B | OIS | 11/11/2026 | 11/11/2026 |
| * DRS * | TARGET CAPITAL 16 LLC | 671,730 | 191788B | OIS | 11/11/2026 | 11/11/2026 |
| * DRS * | AEGIS CAPITAL CORP | 222,189 | 191846 | OIS | 11/11/2026 | 11/11/2026 |
| * DRS * | AEGIS CAPITAL CORP | 291,304 | 191888 | OIS | 11/12/2026 | 11/12/2026 |

**16 DRS Issued For: 7,799,009 SHS/PV**

---

**0 Cert/Book Cancelled For: 0 SHS/PV**
**16 Cert/Book Issued For: 7,799,009 SHS/PV**

**7,799,009 * Net Change**