# LAW OFFICES OF BARRY M. BORDETSKY

**570 Lexington Avenue, 24th Floor**
**New York, NY 10022**
**Tel.: (212) 688-0008**

**1719 NJ-10, West Wing, Ste. 300**
**Parsippany Troy Hills, NJ 07054**
**Tel.: (973) 998-6596**
**Fax: (973) 937-7850**
***Please respond to NJ address**

**EMAIL: barry@bordetskylaw.com**

**Admitted in NY/NJ**

***Of Counsel, Littman Krooks LLP**


November 18, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
For the Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Application GRANTED. Plaintiffs shall file their response to the counterclaims by December 2, 2026, unless DBGI files amended counterclaims, in which case they shall file their response within three weeks of the amended counterclaims being filed. The Clerk of Court is directed to terminate ECF No. 136.

Re: Philip Gaucher et al. v. Digital Brands Group, Inc. (26-cv-6889)

SO ORDERED.

November 18, 2026

Dear Judge Furman:

This office represents plaintiffs Philip Gaucher and Joey Giamichael (collectively "Plaintiffs") in the above-referenced case. I write with the consent of counsel for DBGI.

Plaintiffs' motion to dismiss is due to be filed tomorrow. Today I received an email from counsel for DBGI stating that DBGI intends to file an amended counterclaim by Friday but wanted to send the draft pleading for Rule 408 purposes. The filing of the proposed amended counterclaim would obviate any motion to dismiss.

A short time ago counsel spoke and agreed that it light of the amended counterclaims and its effect on any motion, it made sense to wait until the filing and thereafter counsel will speak to determine any necessary schedule for a motion targeting the amended pleading. This would save considerable resources of the parties and the Court.

Accordingly, Plaintiffs respectfully request an order from the Court that, in light of the pending amended counterclaim to be filed by DBGI, Plaintiffs do not need to file a motion directed at the present counterclaim but shall respond to the amended counterclaim in the requisite time frame or unless otherwise set by order of this Court.

I acknowledge this letter motion is not within the two-day period required by the Court's rule for extensions or adjournments. However, as set forth above, the circumstances at issue were not known to Plaintiffs until today.

Respectfully submitted,
**Law Offices of Barry M. Bordetsky**

By: ____________________
Barry M. Bordetsky

c: Counsel via ECF