**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP GAUCHER, JR. AND JOEY GIAMICHAEL,<br><br>*Plaintiffs-Counterclaim Defendants,*<br><br>v.<br><br>DIGITAL BRANDS GROUP INC.,<br><br>*Defendant-Counterclaim Plaintiff.* | Case No. 26-cv-6889 (JMF)<br>[rel. Case No. 26-cv-8734 (JMF)] |

**NOTICE OF MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**

PLEASE TAKE NOTICE that, upon the accompanying Motion for Leave to Amend Counterclaims, the proposed Amended Answer and Counterclaims, the Declaration of Christopher R. Goetz and all exhibits thereto, and all prior proceedings and pleadings herein, Defendant and Counterclaim-Plaintiff Digital Brands Group, Inc. ("DBGI") hereby moves this Court for an Order pursuant to Rules 15(a)(1)(B) and 15(a)(2) of the Federal Rules of Civil Procedure granting DBGI leave to file its Amended Counterclaims in the form attached as Exhibit A to the Goetz Declaration accompanying this motion.

DBGI seeks leave to amend its counterclaims to add factual allegations, as the record has developed significantly and new facts have occurred or been discovered since the original counterclaims were filed. Additionally, DBGI seeks to assert additional related counterclaims arising from the same transactions and occurrences at issue in this action. DBGI respectfully moves for leave to file its amendment as a matter of course under Rule 15(a)(1)(B). In the

alternative, DBGI requests leave under Rule 15(a)(2) because the proposed amendments are not the product of undue delay or bad faith, will not unduly prejudice Plaintiffs, and are not futile.

Dated: November 23, 2026
New York, New York

By: /s/ Christopher R. Goetz
Stephen W. Tountas
Christopher Goetz
Dexin Deng
Kasowitz LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
stountas@kasowitz.com
cgoetz@kasowitz.com
ddeng@kasowitz.com

James W. Christian
ChristianAttar
1177 West Loop South, Ste 1700
Houston, Texas 77027
Tel: (713) 659-7617
jchristian@christianattarlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff Digital Brands Group, Inc.*