**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP E. GAUCHER, JR. and JOEY GIAMICHAEL,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL BRANDS GROUP, INC.,<br><br>Defendant. | Case No. 26-cv-6889 (JMF)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Barry M. Bordetsky dated November 25, 2026, and all exhibits annexed thereto, Plaintiffs Philip E. Gaucher, Jr. and Joey Giamichael, by and through their undersigned counsel, hereby move this Court before the Honorable Jesse M. Furman, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 24B, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Rules 15(a)(2) and 15(d) of the Federal Rules of Civil Procedure, granting Plaintiffs leave to file the proposed Second Amended Complaint annexed as Exhibit 1 to the Declaration of Barry M. Bordetsky, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 25, 2026

Respectfully submitted,

LAW OFFICES OF BARRY M. BORDETSKY
By: /s/ Barry M. Bordetsky
Barry M. Bordetsky (BB4218)
570 Lexington Avenue, 24th Floor
New York, New York 10022
Tel: (212) 688-0008
barry@bordetskylaw.com
*Attorneys for Plaintiffs and Counterclaim Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Motion for Leave to File a Second Amended Complaint, together with the accompanying Memorandum of Law and Declaration of Barry M. Bordetsky and the exhibits annexed thereto, with the Clerk of the Court using the CM/ECF system on this 25th day of November, 2026, which constitutes service on Defendant, a registered user of the CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: November 25, 2026

/s/ Barry M. Bordetsky
Barry M. Bordetsky (BB4218)